IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01359-RPM

HARVEY ALAN TEPPER,

                Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

                Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

      Pursuant to D.C.COLO.LCivR 16.2A and 29.1, it is

      ORDERED that a scheduling conference will be held on **September 8, 2005, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **www.cod.uscourts.gov/judges_frame.htm** and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in WordPerfect format shall be submitted by e-mail to **Matsch_Chambers@cod.uscourts.gov**.

      Dated: July 22nd, 2005

                              BY THE COURT:

                              S/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge