IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01359-RPM

HARVEY ALAN TEPPER,

                Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

                Defendant.

---

ORDER RESCHEDULING CONFERENCE

---

Due to a court conflict,  it is

ORDERED that the scheduling conference set for September 23, 2005, is **rescheduled** for **October 24, 2005, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

Dated: September 21st, 2005

                BY THE COURT:

                s/Richard P. Matsch

                Richard P. Matsch, Senior District Judge